**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
George C. Young United States Courthouse
and Federal Building
Office of the Clerk
80 North Hughey Avenue
Orlando, Florida 32801
407-835-4200
www.flmd.uscourts.gov

**04 12631 RCL**

Sheryl L. Loesch
Clerk

Laura Barsamian
Orlando/Ocala Division Manager

December 6, 2004

**SUPER VISION INTERNATIONAL, INC.,**
      **Plaintiff,**

-vs-                                      Case No. 6:04-cv-313-Orl-31JGG

**COLOR KINETICS INCORPORATED,**
      **Defendant.**

---

## TRANSMITTAL OF RECORD TO ANOTHER DISTRICT

The above-referenced case has been transferred to your District pursuant to an Order signed by United States District Judge Gregory A. Presnell on December 3, 2004.

Enclosed is the entire record, certified copy of the docket sheet and an extra copy of this letter. It is requested that you date stamp the copy, complete the portion below, and return it in the envelope provided.

                                        SHERYL L. LOESCH, CLERK

                              By:    s/J. McClung, Deputy Clerk

Receipt of the documents described above is hereby acknowledged.

New Case Number:   04 12631 RCL

Date of Receipt: _____

By: _____

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

SUPER VISION INTERNATIONAL, INC.,
Plaintiff,

-vs-                                                    Case No. 6:04-cv-313-Orl-31JGG

COLOR KINETICS INCORPORATED,
Defendant.

## ORDER

Upon consideration of Defendant's Motion to Transfer (Doc. 20), Plaintiff's Response (Doc. 28) and Defendant's Reply (Doc. 38); and in light of the recent status report (Doc. 48), it is

**ORDERED** that Defendant's Motion is GRANTED. Pursuant to 28 U.S.C. § 1404(a), the Clerk is directed to transfer this case to the United States District Court for the District of Massachusetts.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on December 3, 2004.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party

I certify the foregoing to be a true and correct copy of the original.
[Clerk stamp, illegible]
By: [signature] McClung
Deputy Clerk

```
MIME-Version:1.0
From:cmecf_flmd_notification@flmd.uscourts.gov
To:cmecf_flmd_notices@flmd.uscourts.gov
Message-Id:<1682309@flmd.uscourts.gov>
Bcc:
Subject:Activity in Case 6:04-cv-00313-GAP-JGG Super Vision Int'l v. Color
Kinetics, Inc. "Order on motion to transfer case"
Content-Type: text/plain
```

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

U.S. District Court
Middle District of Florida

Notice of Electronic Filing

The following transaction was entered on 12/3/2004 at 4:13 PM EST and filed on 12/3/2004

#ident 'rcsid=\$Header: /ecf/district/server/TextBody,v 3.1 2003-04-25 07:52:35-04 loy Exp \$'
Case Name: Super Vision Int'l v. Color Kinetics, Inc.
Case Number: 6:04-cv-313 https://ecf.flmd.uscourts.gov/cgi-bin/DktRpt.pl?69055

Document Number: 49
Copy the URL address from the line below into the location bar of your Web browser to view the document:
https://ecf.flmd.uscourts.gov/cgi-bin/show_case_doc?49,69055,,MAGIC,

Docket Text:
ORDER granting [20] Motion to transfer case; clerk directed to transfer this case to the District Court for the District of Massachusetts. Signed by Judge Gregory A. Presnell on 12/3/2004. (TKW, )

The following document(s) are associated with this transaction:
Document description: Main Document
Original filename: n/a
Electronic document Stamp:
[STAMP dcecfStamp_ID=1069447731 [Date=12/3/2004] [FileNumber=1682308-0]
[2c61bdc0986c40348615b8a3c084d55a39eb1f3817bcae704cb6743ca6d44da33b907d1ead453c3
a51a79ea471b4a3534ad3ec3c8dfd7db0b8c98359739d37d8]]

6:04-cv-313 Notice will be electronically mailed to:
J. Wayne Crosby   jwc@brickstreetlaw.com,

Paul E. DeHart   ped@litchris.com, dlv@litchris.com;fedcts@litchris.com,

Hal K. Litchford   hkl@litchris.com, crh@litchris.com;fedcts@litchris.com

Aaron W. Moore   amoore@ll-a.com,

6:04-cv-313 Notice will be delivered by other means to:
Matthew B. Lowrie
Lowrie, Lando & Anastasi, LLP
Riverfront Office Park
One Main St., 11th Floor
Cambridge, MA 02142

JGG, CLOSED

# U.S. District Court
## Middle District of Florida (Orlando)
### CIVIL DOCKET FOR CASE #: 6:04-cv-00313-GAP-JGG
### Internal Use Only

Super Vision Int'l v. Color Kinetics, Inc.
Assigned to: Judge Gregory A. Presnell
Referred to: Magistrate Judge James G. Glazebrook
Demand: $10500000
Cause: 35:271 Patent Infringement

Date Filed: 03/05/2004
Jury Demand: Both
Nature of Suit: 830 Patent
Jurisdiction: Federal Question

04 12631 RCL

**Plaintiff**
-----------------------

**Super Vision International, Inc.**          represented by **J. Wayne Crosby**
J. Wayne Crosby P.A.
220 N. Palmetto Ave.
Suite 200
Orlando, FL 32801
407/423-9700
Fax: 407/423-9730
Email: jwc@brickstreetlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**
-----------------------

**Color Kinetics Incorporated**          represented by **Aaron W. Moore**
Lowrie, Lando & Anastasi, LLP
Riverfront Office Park
One Main St., 11th Floor
Cambridge, MA 02142
617/395-7000
Email: amoore@11-a.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hal K. Litchford**
Litchford & Christopher, P.A.
390 N. Orange Ave., Suite 2200
P.O. Box 1549
Orlando, FL 32802
407/422-6600

>                           Fax: 407/841-0385
>                           Email: hkl@litchris.com
>                           *LEAD ATTORNEY*
>                           *ATTORNEY TO BE NOTICED*
>
>                           **Matthew B. Lowrie**
>                           Lowrie, Lando & Anastasi, LLP
>                           Riverfront Office Park
>                           One Main St., 11th Floor
>                           Cambridge, MA 02142
>                           617/395-7000
>                           *LEAD ATTORNEY*
>                           *ATTORNEY TO BE NOTICED*
>
>                           **Paul E. DeHart, III**
>                           Litchford & Christopher, P.A.
>                           390 N. Orange Ave., Suite 2200
>                           P.O. Box 1549
>                           Orlando, FL 32802
>                           407/422-6600
>                           Fax: 407/841-0325
>                           Email: ped@litchris.com
>                           *ATTORNEY TO BE NOTICED*

**Counter Claimant**
-------------------------

**Color Kinetics Incorporated**            represented by  **Hal K. Litchford**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Aaron W. Moore**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**
-------------------------

**Super Vision International, Inc.**       represented by  **J. Wayne Crosby**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|

| | | |
|---|---|---|
| 03/05/2004 | 1 | COMPLAINT for patent infringement filed; jury demand. Filing fee $150.00 Receipt #14508 (jrm) (Entered: 03/05/2004) |
| 03/05/2004 | | MAGISTRATE JUDGE CASE ASSIGNMENT Magistrate assigned: James G. Glazebrook (jrm) (Entered: 03/05/2004) |
| 03/05/2004 | | SUMMONS issued for Color Kinetics, Inc. (jrm) (Entered: 03/05/2004) |
| 03/08/2004 | 2 | RELATED CASE ORDER, response due within eleven days, and NOTICE of designation under Local Rule 3.05 - TRACK 2. (ctc) (ajd) (Entered: 03/08/2004) |
| 03/08/2004 | 3 | INTERESTED PERSONS ORDER response due within eleven days ( Signed by Sr. Judge G. Kendall Sharp ) ctc (ajd) (Entered: 03/08/2004) |
| 03/17/2004 | 4 | ORDER The Clerk is directed to reassign this case to another District Judge for all further proceedings. ( Signed by Sr. Judge G. Kendall Sharp ) ctc (cbh) (Entered: 03/17/2004) |
| 03/17/2004 | 5 | NOTICE OF CASE REASSIGNMENT to the Honorable Judge Gregory A. Presnell. ctc (cbh) (Entered: 03/17/2004) |
| 03/25/2004 | 6 | NOTICE (related case) by Super Vision Int'l of pendency of other actions re: order of compliance to local rule (see explanation on document) (jet) (Entered: 03/25/2004) |
| 03/25/2004 | 7 | CERTIFICATE OF INTERESTED PERSONS and Corporate Disclosure Statement by Super Vision Int'l Re: [3-1] order (jet) (Entered: 03/25/2004) |
| 03/25/2004 | 8 | AGREED MOTION by Color Kinetics, Inc. to extend time to answer or otherwise plead until 4/9/04 (agreed) ; referred to Magistrate Judge James G. Glazebrook (jet) (Entered: 03/25/2004) |
| 03/29/2004 | 9 | INTERESTED PERSONS ORDER for Defendant Color Kinetics Inc. (Response due in 11 days) ( Signed by Judge Gregory A. Presnell ) ctc (akj) (Entered: 03/29/2004) |
| 04/01/2004 | 10 | ORDER granting [8-1] defendant's motion to extend time to answer or otherwise plead until 4/9/04; set answer due for 4/9/04 for Color Kinetics, Inc. (Signed by Magistrate Judge James G. Glazebrook) ctc (jrm) (Entered: 04/02/2004) |
| 04/09/2004 | 11 | MOTION by defendant Color Kinetics, Inc. for Aaron W. Moore to appear pro hac vice with Hal K. Litchford designated as local counsel |

| | | |
|---|---|---|
| | | ; referred to Magistrate Judge James G. Glazebrook (jrm) (Entered: 04/12/2004) |
| 04/09/2004 | 12 | MOTION by defendant Color Kinetics, Inc. for Matthew B. Lowrie to appear pro hac vice with Hal K. Litchford designated as local counsel ; referred to Magistrate Judge James G. Glazebrook (jrm) (Entered: 04/12/2004) |
| 04/09/2004 | 13 | ANSWER and affirmative defenses to complaint; jury demand and COUNTERCLAIM by defendant Color Kinetics, Inc. against plaintiff Super Vision Int'l (jrm) (Entered: 04/12/2004) |
| 04/20/2004 | 14 | ORDER TO SHOW CAUSE why sanctions should not be imposed for failure to respond to the Interested Persons Order. Response due on 5/6/04 for Color Kinetics, Inc. (Signed by Judge Gregory A. Presnell) ctc (jrm) (Entered: 04/20/2004) |
| 04/21/2004 | | **ADDED for defendant Color Kinetics, Inc. attorneys Matthew B. Lowrie, Aaron W. Moore (jrm) (Entered: 04/21/2004) |
| 04/21/2004 | 15 | ORDER granting [12-1] defendant's motion for Matthew B. Lowrie to appear pro hac vice with Hal K. Litchford designated as local counsel (Signed by Magistrate Judge James G. Glazebrook 04-20-04) ctc (jrm) (Entered: 04/21/2004) |
| 04/21/2004 | 16 | ORDER granting [11-1] defendant's motion for Aaron W. Moore to appear pro hac vice with Hal K. Litchford designated as local counsel (Signed by Magistrate Judge James G. Glazebrook 04-20-04) ctc (jrm) (Entered: 04/21/2004) |
| 04/29/2004 | 17 | RESPONSE to show cause order filed by defendant Color Kinetics, Inc. (jrm) (Entered: 04/29/2004) |
| 04/29/2004 | 18 | CERTIFICATE OF INTERESTED PERSONS by defendant Color Kinetics, Inc. and corporate disclosure statement Re: [9-1] order (jrm) (Entered: 04/29/2004) |
| 04/30/2004 | 19 | REPLY by plaintiff Super Vision Int'l to [13-2] defendant's counterclaim (jrm) (Entered: 04/30/2004) |
| 06/16/2004 | 20 | MOTION by defendant Color Kinetics, Inc. to transfer venue to the District of Massachusetts (jrm) (Entered: 06/16/2004) |
| 06/16/2004 | 21 | MEMORANDUM by defendant Color Kinetics, Inc. in support of [20-1] motion to transfer venue to the District of Massachusetts (jrm) (Entered: 06/16/2004) |
| 06/16/2004 | 22 | DECLARATION of Aaron W. Moore with attached exhibits by |

| | | |
|---|---|---|
| | | defendant Color Kinetics, Inc. re: [20-1] motion to transfer venue to the District of Massachusetts (jrm) (Entered: 06/16/2004) |
| 06/22/2004 | 23 | ORDER TO SHOW CAUSE why this case should not be dismissed for lack of prosecution due to the non-filing of a case management report. Response due within 11 days for plaintiff Super Vision Int'l (Signed by Judge Gregory A. Presnell) ctc (jrm) (Entered: 06/23/2004) |
| 06/30/2004 | 24 | UNOPPOSED MOTION by plaintiff Super Vision Int'l to extend time until 07-07-04 to respond to defendant's motion to transfer venue to the District of Massachusetts ; referred to Magistrate Judge James G. Glazebrook (jrm) (Entered: 06/30/2004) |
| 07/02/2004 | 25 | RESPONSE to show cause order filed by plaintiff Super Vision Int'l (jrm) (Entered: 07/02/2004) |
| 07/02/2004 | 25 | ...MOTION by plaintiff Super Vision Int'l to extend time until 07-09-04 to file a case management report (jrm) (Entered: 07/02/2004) |
| 07/06/2004 | 26 | ORDER granting [24-1] plaintiff's motion to extend time until 07-07-04 to respond to defendant's motion to transfer venue to the District of Massachusetts; response to motion set to 7/7/04 for [20-1] motion to transfer venue to the District of Massachusetts (Signed by Magistrate Judge James G. Glazebrook) ctc (jrm) (Entered: 07/07/2004) |
| 07/07/2004 | 27 | UNOPPOSED MOTION by plaintiff Super Vision Int'l to extend time until 07-09-04 to respond to defendant's motion to transfer venue to the District of Massachusetts ; referred to Magistrate Judge James G. Glazebrook (jrm) (Entered: 07/08/2004) |
| 07/09/2004 | 28 | RESPONSE and memorandum in opposition with attached exhibits re 20 Motion to transfer venue to the District of Massachusetts filed by plaintiff Super Vision International, Inc. (JRM) (Entered: 07/12/2004) |
| 07/09/2004 | 29 | Consented to MOTION for Extension of Time until 07-16-04 to file a case management report by plaintiff Super Vision International, Inc. (JRM) (Entered: 07/12/2004) |
| 07/12/2004 | 30 | ORDER granting 27 Motion to extend time nunc pro tunc. Signed by Judge James G. Glazebrook on 7/12/2004. (Glazebrook, James) (Entered: 07/12/2004) |
| 07/13/2004 | | COPIES mailed (JRM) (Entered: 07/14/2004) |
| 07/16/2004 | 31 | ORDER. Defendant is requested to file a Reply (10p limit) to |

| | | |
|---|---|---|
| | | Plaintiff's Response (doc #28) to Defendant's motion to transfer venue by July 26, 2004. Signed by Judge Gregory A. Presnell on 7/16/2004. (Presnell, Gregory) (Entered: 07/16/2004) |
| 07/16/2004 | 32 | CASE MANAGEMENT REPORT. (Litchford, Hal) (Entered: 07/16/2004) |
| 07/19/2004 | | COPIES mailed to Counsel: J. Wayne Crosby, Matthew B. Lowrie, Aaron W. Moore re [31] Order (JRM) (Entered: 07/19/2004) |
| 07/19/2004 | 33 | CASE MANAGEMENT AND SCHEDULING ORDER:. Signed by Judge Gregory A. Presnell on 7/19/2004. (TKW, ) (Entered: 07/19/2004) |
| 07/19/2004 | 34 | CASE REFERRED to mediation; deadline 06-30-05. Parties to jointly select a mediator within 11 days. ***Set flags. Set scheduling order deadlines: Final Pretrial Conference set for 2/13/2006 04:00 PM in Courtroom 3 before Judge Gregory A. Presnell. Amended Pleadings due by 8/31/2004. Discovery due by 5/30/2005. Joinder of Parties due by 8/31/2004. Jury Trial set for 3/1/2006 09:00 AM in Courtroom 3 before Judge Gregory A. Presnell. Dispositive motions due by 7/29/2005. Pretrial statement due by 1/16/2006. (JRM) (Entered: 07/20/2004) |
| 07/20/2004 | | COPIES mailed to Counsel: J. Wayne Crosby, Matthew B. Lowrie, Aaron W. Moore re 33 Case management and scheduling order (JRM) (Entered: 07/20/2004) |
| 07/21/2004 | 35 | ORDER granting nunc pro tunc 25 Motion to extend time, granting nunc pro tunc 29 Motion for Extension of Time to File. Signed by Judge James G. Glazebrook on 7/21/2004. (Glazebrook, James) (Entered: 07/21/2004) |
| 07/22/2004 | | COPIES mailed to Counsel: J. Wayne Crosby, Matthew B. Lowrie re [35] Order on motion to extend time, Order on Motion for Extension of Time to File (JRM) (Entered: 07/22/2004) |
| 07/26/2004 | 36 | UNOPPOSED MOTION for leave to file excess pages to reply brief by Color Kinetics Incorporated. (Attachments: # 1 Exhibit Reply # 2 Exhibit Opposition)(Litchford, Hal) Modified on 7/27/2004 (JRM). (Entered: 07/26/2004) |
| 07/27/2004 | 37 | ORDER granting 36 Motion for Leave to File Excess Pages . Signed by Judge Gregory A. Presnell on 7/27/2004. (Presnell, Gregory) (Entered: 07/27/2004) |
| 07/27/2004 | 38 | REPLY to response to motion re 20 Motion to transfer case filed by Color Kinetics Incorporated. (Attachments: # 1 Exhibit)(Litchford, |

| | | |
|---|---|---|
| | | Hal) (Entered: 07/27/2004) |
| 07/28/2004 | | COPIES mailed to Counsel: J. Wayne Crosby, Matthew B. Lowrie re [37] Order on Motion for Leave to File Excess Pages (JRM) (Entered: 07/28/2004) |
| 07/30/2004 | 39 | STIPULATION *of Selection of Mediator* Jay Cohen by Color Kinetics Incorporated, Super Vision International, Inc. (Crosby, J.) Modified on 8/2/2004 (JRM). (Entered: 07/30/2004) |
| 08/06/2004 | 40 | NOTICE of Hearing: Motion to Transfer Venue (Doc. No. 20) Hearing set for 8/25/2004 03:00 PM in Courtroom 3 before Judge Gregory A. Presnell. ctc(AKJ) (Entered: 08/06/2004) |
| 08/19/2004 | 41 | Joint MOTION to continue *or Reschedule Hearing* by Color Kinetics Incorporated, Super Vision International, Inc.. (DeHart, Paul) (Entered: 08/19/2004) |
| 08/19/2004 | 42 | Joint MOTION to amend/correct 32 Case Management Report *to Correct Scrivner's Error* by Color Kinetics Incorporated. (DeHart, Paul) (Entered: 08/19/2004) |
| 08/20/2004 | 43 | ORDER granting 42 motion to amend/correct . Signed by Judge Gregory A. Presnell on 8/20/2004. (Presnell, Gregory) (Entered: 08/20/2004) |
| 08/20/2004 | | COPIES mailed to Counsel: Matthew B. Lowrie re [43] Order on motion to amend/correct (JRM) (Entered: 08/20/2004) |
| 08/23/2004 | 44 | ORDER granting 41 Motion to continue hearing; amended notice of hearing rescheduling hearing on 20 motion to transfer venue for Wednesday, September 8, 2004 at 10:00 a.m.. Signed by Judge Gregory A. Presnell on 8/23/2004. (TKW, ) (Entered: 08/23/2004) |
| 08/23/2004 | | Set deadline as to 20 Motion to transfer case. Motion Hearing set for 9/8/2004 10:00 AM in Courtroom 3 before Judge Gregory A. Presnell. (JRM) (Entered: 08/24/2004) |
| 09/02/2004 | 45 | Amended NOTICE of Hearing: Motion to Transfer Venue 20 Hearing set for 9/16/2004 01:30 PM in Courtroom 3 before Judge Gregory A. Presnell; previously scheduled for Wed., 9/8/04 at 10:00 a.m. (TKW, ) (Entered: 09/02/2004) |
| 09/08/2004 | | COPIES mailed to Counsel: Matthew B. Lowrie re 45 Notice of Hearing (JRM) (Entered: 09/08/2004) |
| 09/14/2004 | 46 | Joint MOTION to continue *Hearing* by Color Kinetics Incorporated. (Attachments: # 1 Exhibit A)(Litchford, Hal) (Entered: 09/14/2004) |

| 09/14/2004 | ●47 | ORDER granting 46 Motion to continue hearing. The court will consider whether to re set this hearing after it is informed of the decision of the Mass District Court regarding Super Vision's Motion to Vacate Order Allowing Plaintiff to File a Second Amended Complaint in Case # 02 cv 11137. Signed by Judge Gregory A. Presnell on 9/14/2004. (Presnell, Gregory) (Entered: 09/14/2004) |
|---|---|---|
| 09/15/2004 | | COPIES mailed to Counsel: Matthew B. Lowrie re [47] Order on motion to continue, (JET) (Entered: 09/15/2004) |
| 09/15/2004 | | ***Deadlines terminated (hearing for 9/16/04 canceled per Order #47). (JET) (Entered: 09/15/2004) |
| 12/02/2004 | ●48 | STATUS REPORT by Color Kinetics Incorporated. (Litchford, Hal) (Entered: 12/02/2004) |
| 12/03/2004 | ●49 | ORDER granting 20 Motion to transfer case; clerk directed to transfer this case to the District Court for the District of Massachusetts. Signed by Judge Gregory A. Presnell on 12/3/2004. (TKW, ) (Entered: 12/03/2004) |
| 12/03/2004 | ●50 | TRANSFER to the District of Massachusetts with entire record and certified copy of docket sheet. (JRM) (Entered: 12/06/2004) |
| 12/06/2004 | | COPIES mailed to Counsel: Matthew B. Lowrie re 49 Order on motion to transfer case. ***Set/clear flags (JRM) (Entered: 12/06/2004) |

I certify the foregoing to be a true
and correct copy of the original.
SHERYL L. LORENZO, Clerk
United States District Court
Middle District of Florida

By: _____
Deputy Clerk

JS-44 (Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
SUPER VISION INTERNATIONAL, INC.

### DEFENDANTS
COLOR KINETICS INCORPORATED

(b) County of Residence of First Listed: Orange, Florida
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed: _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED

(c) Attorney's (Firm Name, Address, and Telephone Number)
J. Wayne Crosby, Esq., Trial Counsel
J. Wayne Crosby, P.A.
Suite 200, 220 North Palmetto Avenue
Orlando, Florida 32801
Telephone: 407-423-9700

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability

**TORTS — PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

**PERSONAL INJURY**
- ☐ 362 Personal Injury - Med. Malpractice
- ☐ 365 Personal Injury - Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/Accommodations
- ☐ 444 Welfare
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence Habeas Corpus
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs.
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt. Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☒ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes
- ☐ 890 Other Statutory Actions

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
(Cite the U.S. Civil Statute under which you are filing and write brief statement of cause.
Do not cite jurisdictional statutes unless diversity.)

Title 35 of the United States Code for patent infringement relating to United States Patent No. 4,962,687.

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND: _____

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
U.S. District Court for the District of Massachusetts----Color Kinetics Incorporated V. Super Vision International, Inc., Civil Action No.: 02-CV-11137-MEL

DATE: 3-4-04

SIGNATURE OF ATTORNEY OF RECORD: /s/ J. Wayne Crosby