IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SUPER VISION INTERNATIONAL, INC.,<br><br>  Plaintiff<br><br>v.<br><br>COLOR KINETICS INCORPORATED,<br><br>  Defendant. | Civil Action No.: 04-cv-12631 (RCL) |

NOTICE OF APPEARANCE

Pursuant to local Rule 83.5.2, please enter my appearance on behalf of Defendant Color Kinetics Incorporated in the above-identified action.

Respectfully submitted,

Dated: January 31, 2005        /s/ Emily A. Berger_____
                               Emily A. Berger, BBO No. 650,841
                               Lowrie, Lando & Anastasi, LLP
                               Riverfront Office Park
                               One Main Street - 11th Floor
                               Cambridge, MA 02142
                               Tel: 617-395-7000
                               Fax: 617-395-7070