UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.: 04 CV 12631 RCL

SUPER VISION INTERNATIONAL, INC.,

    Plaintiff

    v.

COLOR KINETICS, INC.

    Defendant.

**MOTION TO ADMIT
J. WAYNE CROSBY
PRO HAC VICE**

    I, Ieuan G. Mahony, an attorney with the law firm of Holland & Knight LLP, 10 St. James Avenue, Boston, Massachusetts 02116 and a member of the Bar of this Court, hereby move that J. Wayne Crosby, attorney with the law firm of J. Wayne Crosby, P.A., Suite 200, 220 North Palmetto Avenue, Orlando, Florida 32801, be admitted to appear and practice in this Court on behalf of the defendant Super Vision International, Inc. This motion is made pursuant to and consistent with the procedures set forth in Local Rule 83.5.3(b).

    A sworn certificate by J. Wayne Crosby is attached stating that, *inter alia* (1) he is a member in good standing with every jurisdiction he is admitted to practice; (2) no disciplinary complaints or proceedings are pending against him as a member of the Bar in any jurisdiction; and (3)

he is familiar with the Local Rules of the United States District Court for the Commonwealth of Massachusetts.

WHEREFORE, it is respectfully requested that J. Wayne Crosby be granted leave to appear and practice in this Court in the above-captioned case.

SUPER VISION
INTERNATIONAL, INC.
By its attorneys,

HOLLAND & KNIGHT LLP


/s/ Ieuan G. Mahony (BBO #552349)
10 St. James Avenue
Boston, MA  02116
(617) 523-2700
ieuan.mahony@hklaw.com

Dated:  February 2, 2005


# 2591093_v1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.: 04 CV 12631 RCL

SUPER VISION INTERNATIONAL, INC.

    Plaintiff

v.

COLOR KINETICS, INC.

    Defendant.

**CERTIFICATE OF
J. WAYNE CROSBY
IN SUPPORT OF MOTION
TO ADMIT PRO HAC VICE**

1. I, J. Wayne Crosby, am an attorney practicing law in the firm of J. Wayne Crosby, P.A.  I hereby request permission to be admitted pro hac vice in the above-captioned proceedings as counsel with Ieuan G. Mahony, Esq., of Holland & Knight, LLP, 10 St. James Avenue, Boston, MA 02116, the attorney of record in this proceeding for Super Vision International, Inc.

2. I was admitted to the State Bar of Georgia 1973, and admitted to practice in the U.S. District Court for the Northern District of Georgia in 1974.  In 1998, I was also admitted in Florida Bar and the U.S. District Court for the Middle District of Florida.  I am admitted to practice before the Eleventh Circuit Court of Appeals.

3. I am a member in good standing with every jurisdiction where I have been admitted to practice.

4. There are no past or pending disciplinary complaints or proceedings pending against me as a member of the Bar in any jurisdiction.

5. I have never been convicted of any crime or offense in any court of any state or the United States.

6. I am familiar with the Local Rules of the United States District Court for the Commonwealth of Massachusetts.

7.  I agree to abide by the rules of this Court, and to conduct myself in accordance with the code of Professional Responsibility of the Massachusetts Supreme Judicial Court.

I declare under penalty of perjury that the foregoing is true and correct, this 2nd day of February, 2005.

S/ J. Wayne Crosby
J. Wayne Crosby, Esq.
Georgia Bar No. 197750
Florida Bar No. 0133991
J. Wayne Crosby, P.A.
220 North Palmetto Avenue
Orlando, FL  32801
Telephone:  407-423-9700
Facsimile:   407-423-9730

# 2591254_v1