UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.:  04 CV 12631 RCL

SUPER VISION INTERNATIONAL, INC.,

    Plaintiff

   v.

**NOTICE OF APPEARANCE**

COLOR KINETICS, INC.

    Defendant.

Please enter my appearance as attorney on behalf of the plaintiff

Super Vision International, Inc. in the above-captioned matter.

_____
/s/ Ieuan G. Mahony (BBO #552349)
Holland & Knight LLP
10 St. James Avenue
Boston, MA  02116
(617) 523-2700
ieuan.mahony@hklaw.com

Dated:  February 3, 2005

# 2592999_v1