UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SUPER VISION INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> COLOR KINETICS INCORPORATED, <br><br> Defendant. | CIVIL ACTION NO. 04 CV 12631 MEL <br><br> Judge Morris E. Lasker |

## NOTICE OF WITHDRAWAL OF LOCAL COUNSEL

Notice is hereby given that the undersigned, Ieuan G. Mahony and the law firm of Holland & Knight LLP, 10 St. James Avenue, Boston, Massachusetts 02116, hereby withdraws as Local Counsel in the above-named action. The Court's attention is directed to the Notice of Appearance of Ernest V. Linek, Esq., of Banner & Witcoff, LTD., 28 State Street, 28th Floor, Boston, Massachusetts 02109-1775, also filed today.

Respectfully submitted,

_/s/ Ieuan G. Mahony_
Ieuan G. Mahony (BBO #552349)
HOLLAND & KNIGHT LLP
10 St. James Avenue
Boston, MA  02116
Tel:  (617) 523-2700
Fax:  (617) 523-6850
Email:  ieuan.mahony@hklaw.com

Dated:  May 9, 2005

# 2833190_v1