IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SUPER VISION INTERNATIONAL, INC., ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 04 CV 12631 MEL |
| ) | |
| v. ) | Judge Morris E. Lasker |
| ) | |
| COLOR KINETICS INCORPORATED, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF APPEARANCE OF COUNSEL

To the Clerk of this Court and all parties of record:

Please enter my appearance as Local Counsel in this case for Plaintiff, Super Vision International, Inc.

Respectfully submitted,

Date: May 9, 2005

Ernest V. Linek, Esq., BBO# 543985
BANNER & WITCOFF, LTD.
28 State Street, 28th Floor
Boston, Massachusetts  02109-1775
Tel: 617-720-9600
Fax: 617-720-9601
E-Mail: elinek@bannerwitcoff.com

Attorney for Plaintiff,
Super Vision International, Inc.

**COURTESY COPY – DO NOT SCAN**