IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SUPER VISION INTERNATIONAL, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>COLOR KINETICS INCORPORATED, )<br>)<br>Defendant. )<br>) | Civil Action No. 04 CV 12631 MEL<br><br>Judge Morris E. Lasker |

**ASSENTED TO MOTION FOR LEAVE TO FILE OPPOSITION
MEMORANDUM UNDER SEAL**

Color Kinetics has moved to dismiss all of Super Vision's claims in this case for lack of standing. The Color Kinetics memorandum in support of the motion was filed under seal due to the confidential nature of third party information discussed therein.

Super Vision submits the present motion for leave to file, under seal, a Memorandum in Opposition to Color Kinetics' motion. The grounds advanced by Color Kinetics in support of the motion for leave to file the original supporting memorandum under seal provide the basis for this motion by Super Vision; namely, the Opposition Memorandum will likewise make extensive reference to third-party confidential information.

Accordingly, Super Vision respectfully requests approval of this motion, which has been assented to by counsel for Color Kinetics. A Proposed Order is provided for

- 1 -

the convenience of the Court.

Date: June 13, 2005

Respectfully submitted,

*Ernest V. Linek*

Ernest V. Linek, Esq., BBO# 543985
BANNER & WITCOFF, LTD.
28 State Street, 28th Floor
Boston, Massachusetts 02109-1775
Tel: 617-720-9600
Fax: 617-720-9601
E-Mail: elinek@bannerwitcoff.com

J. Wayne Crosby
Attorney at Law
Suite 200
220 North Plametto Avenue
Orlando, Florida 32801
Tel: 407-423-9700
Fax: 407-423-9730
E-Mail:
J. Wayne Crosby@brickstreetlaw.com

Attorneys for Plaintiff,
Super Vision International, Inc.

## PROPOSED ORDER

Super Vision's Motion to File its Opposition Memorandum to Color Kinetics' Motion to Dismiss under seal is hereby granted.

SO ORDERED.

_____

Hon. Morris E. Lasker

Document No. 116562