**E N D O R S E M E N T**

SUPER VISION INTERNATIONAL, INC. v. COLOR KINETICS, INC.
04-CV-12631-MEL

LASKER, D.J.

      Color Kinetics moves for a protective order to stay the depositions of George Mueller, Ihor Lys, William Sims and Kevin Dowling, each of whom is a Color Kinetics' officer and/or director, including the deposition of a Dr. Malvin Teich. Super Vision opposes the motion, and in addition moves to compel the depositions of these same individuals in this case.

      Upon review and consideration of the parties submitted papers, Color Kinetics' motion is granted and Super Vision's motion is denied for substantially the reasons put forth in Color Kinetics' memoranda.

      Accordingly, Color Kinetics' motion for a protective order is GRANTED, and Super Vision's motion to compel is DENIED. This decision applies to this case only.

      It is so ordered.


Dated:    June 14, 2005
           Boston, Massachusetts    /s/ Morris E. Lasker
                                                U.S.D.J.