IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SUPER VISION INTERNATIONAL, INC., <br><br> Plaintiff <br><br> v. <br><br> COLOR KINETICS INCORPORATED, <br><br> Defendant. | Civil Action No.: 04-cv-12631 (MEL) |

**COLOR KINETICS' UNOPPOSED MOTION FOR LEAVE TO FILE A REPLY MEMORANDUM IN SUPPORT OF ITS MOTION TO DISMISS UNDER SEAL**

Defendant Color Kinetics Incorporated ("Color Kinetics") hereby moves for leave to file, under seal, a Reply Memorandum in Support of its Motion to Dismiss for Lack of Standing.

Color Kinetics believes the reply brief to be necessary to respond to issues and arguments contained in Super Vision's Opposition to the Motion to Dismiss for Lack of Standing and that the reply will aid the Court in its assessment of the issues raised in the Motion.

As further grounds for this Motion, Color Kinetics states that the reply brief makes extensive reference to a document that has been designated as confidential by third party High End Systems, Inc. It is essential that the Court have access to the confidential third party materials in order to understand the issues before it.

Counsel for High End Systems, Inc. has previously assented to the filing of its information with the Court under seal.

Counsel for Super Vision has indicated that it will not oppose this motion.

WHEREFORE, Color Kinetics hereby requests that its Unopposed Motion for Leave to File a Reply Memorandum in Support of its Motion to Dismiss Under Seal be ALLOWED.

Respectfully submitted,

COLOR KINETICS INCORPORATED

Dated:  June 24, 2005

/s/ Aaron W. Moore
Matthew B. Lowrie, BBO No. 563,414
Aaron W. Moore, BBO No. 638,076
Emily A. Berger, BBO No. 650,841
Lowrie, Lando & Anastasi, LLP
Riverfront Office Park
One Main Street - 11th Floor
Cambridge, MA 02142
Tel: 617-395-7000
Fax: 617-395-7070