UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SUPERVISION
      Plaintiff(s)

v.           CIVIL ACTION NO. 04-12631-MEL

COLOR KINETICS, INC.
      Defendant(s)

## JUDGMENT IN A CIVIL CASE

LASKER,S.D.J.

☐ **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by the Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED :**

In accordance with the Memorandum and Order dated September 13, 2005.
The defendant Color Kinetics, Inc.'s motion to the dismiss the Complaint is GRANTED.
The plaintiff Supervision's application that the motion to dismiss be granted without prejudice is DENIED..
Complaint is Dismissed.

SARAH THORNTON
CLERK OF COURT

Dated: September 15, 2005    By  /s/ George H. Howarth
              Deputy Clerk